Claus H. Stroh, appellant, v. Matthew Kerber, appellee.

Action to recover damages for obstructing natural flow of surface water. Judgment for defendant. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Sterling, Livingston & Whitmore, for appellant. William R. Bach and Costigan & Wollrab, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Frederic A. Delano et al., receivers of Wabash Railroad Company, plaintiffs in error, v. St. Louis & Northeastern Railway Company, defendant in error.

Action on contract to recover half of expense of maintaining watchman at railroad crossing. Judgment dismissing suit on sustaining demurrer. Error to the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

D. R. Kinder, for plaintiffs in error; J. L. Minnis, N. S. Brown and L. H. Strasser, of counsel. Miller & McDavid, for defendant in error; Burton & Hamilton, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Isaiah D. Timberlake, appellee, v. Granite Live Stock Insurance Company, appellant.

Action to recover under live-stock insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Hancock county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919. Waggoner, J., took no part.

Stone & Dick and Scofield, Hartzell & Califf, for appellant. Mack & Mack and O'Harras, Wood & Walker, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

In the matter of the estate of Abraham Brokaw, deceased. A. Irving Polhemus et al., objectors, appellants, v. Charles Brokaw et al., executors, appellees.

Objections to reports of executors. Decree reducing charges for commissions and attorneys' fees. Appeal from the Circuit Court of McLean county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the October term, 1918. Reversed in part, affirmed in part and remanded with directions. Opinion filed April 29, 1919. Certiorari denied by Supreme Court (making opinion final).

W. W. Whitmore and Cameron & Cameron, for appellants. Fifer & Bohrer, Jesse E. Hoffman and Barry & Morrissey, for appellees.

Mr. Presiding Justice Graves delivered the opinion of the court.